IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR21** |
| Plaintiff, | ) | |
| vs. | ) | |
| **SAMSON ALDACO,** | ) | **SCHEDULING ORDER** |
| Defendant. | ) | |

**IT IS ORDERED** that the following is set for hearing on May 23, 2005 at 8:30 a.m. before District Court Judge Laurie Smith Camp, *Courtroom No. 2, Third Floor*, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

    Bar complaint

    Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

    **DATED** this 19th day of May, 2005.

                        BY THE COURT:

                        s/ Laurie Smith Camp
                        U.S. District Judge