IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR21 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| SAMSON ALDACO, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on its own motion pursuant to a telephone conference with counsel for both parties. Pursuant to counsel's suggestion, the schedule for the filing of proposed findings of fact and conclusions of law will be amended as set forth below. Also, the Court requires that, in addition to filing the proposed findings of fact and conclusions of law, that they also be e-mailed in Wordperfect-compatible format to smithcamp@ned.uscourts.gov.

IT IS ORDERED:

1. The schedule for the submission of proposed findings of fact and conclusions of law previously set is hereby amended as follows: July 6, 2005 - Plaintiff; July 18, 2005 - Defendant; July 22, 2005 - Plaintiff's rebuttal;

2. The dates in ¶ 1 above are dates certain; that is, the three-day "mailing rule" does not apply; and

3. The Court requires that, in addition to filing the proposed findings of fact and conclusions of law, that they also be e-mailed in Wordperfect-compatible format to smithcamp@ned.uscourts.gov.

DATED this 28th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge