**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR21** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **SAMSON ALDACO,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

With respect to the Defendant's challenge to the prior convictions set out in ¶¶ 86 and 91 of the Revised Presentence Investigation Report ("PSR"), the parties shall address at the sentencing hearing the following, insofar as they may be relevant:

1. 21 U.S.C. § 851(e) (statute of limitations), with respect to both prior convictions; and

2. 21 U.S.C. § 851(a)(1) (clerical mistakes), with respect to the discrepancy between the allegation in ¶ 86 of the Information that the prior offense involves a "hallucinogenic drug other than marijuana" and ¶ 86 of the PSR relating to "marijuana."

IT IS SO ORDERED.

DATED this 19th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge