IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR21 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| SAMSON ALDACO, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for copies (Filing No. 368).

The Defendant's conviction was affirmed by the Eighth Circuit Court of Appeals (Filing Nos. 366, 373). The Defendant seeks copies of the following: a "bill of exceptions"; the bill of particulars; the grand jury "procedural"; grand jury orders; grand jury proceedings; grand jury subpoenas; grand jury materials; police reports; and all final "grand jury orders" including grand jury transcripts.

To the extent that the Defendant requests copies of existing court records, the request is premature. *United States v. Losing,* 601 F.2d 351, 351 (8th Cir. 1979). To the extent that the Defendant's request reaches beyond existing materials, if he files a motion pursuant to 28 U.S.C. § 2255, the Court refers him to the relevant discovery rule governing § 2255 proceedings, Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Courts. For these reasons, the Defendant's motion is denied.

IT IS ORDERED that the Defendant's motion for copies (Filing No. 368) is denied.

DATED this 26th day of March, 2007.

                                                BY THE COURT:

                                                S/Laurie Smith Camp
                                                United States District Judge