IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR21 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| SAMSON ALDACO, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the following motions filed by the Defendant, Samson Aldaco: for copies (Filing No. 378); for leave to proceed in forma pauperis (Filing No. 379); and for a hearing regarding the motion for copies (Filing No. 381).

*Copies (Filing No. 378)*

The Defendant seeks copies of numerous court records to aid him in preparing a motion to vacate, etc., pursuant to 28 U.S.C. § 2255. As stated in the Court's previous order (Filing No. 377) regarding a similar motion, the request is premature. In other words, the Court may not provide the Defendant with materials that he wishes to use in preparing his § 2255 motion. *United States v. Losing,* 601 F.2d 351, 351 (8th Cir. 1979).

*In forma Pauperis*

Any request for in forma pauperis status before the filing of a § 2255 motion is premature and will be denied. 28 U.S.C. § 2250.

*Hearing*

The motion for a hearing on the motion for copies is denied.

IT IS ORDERED that the following motions filed by the Defendant, Samson Aldaco, are denied: for copies (Filing No. 378); for leave to proceed in forma pauperis (Filing No. 379); and for a hearing regarding the motion for copies (Filing No. 381).

DATED this 14th day of September, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge