IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR21** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **SAMSON ALDACO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1.   The Court has completed the initial review of the Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing No. 384);

2.   Upon initial review, the Court summarily denies the Defendant's claims raised in the § 2255 motion, and the motion (Filing No. 384) is summarily denied;

3.   The Defendant's requests for an evidentiary hearing, the opportunity for discovery, and, if necessary, leave to amend (Filing No. 384) are denied;

4.   The Defendant's motion for appointment of counsel (Filing No. 385) and for leave to proceed in forma pauperis (Filing No. 386) are denied; and

5.   The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 3rd day of March, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge